■ HELEN RODRIGUEZ, Appellant, v SALOMON N. EPSTEIN, Respondent. [664 NYS2d 20] —Order, Supreme Court, Bronx County (Stanley Green, J.), entered June 7, 1996, which granted defendant's motion to dismiss the complaint for failure to state a cause of action, unanimously affirmed, without costs.

The action, which is based on plaintiff's lack of informed consent to an abortion performed by defendant, was properly

dismissed on the ground that Public Health Law § 2805-d does not require physicians to refer patients to counseling on alternatives to abortion or to provide such counseling to patients seeking elective abortions (*see*, *Perez v Park Madison Professional Labs.*, 212 AD2d 271, 274; *compare*, *Planned Parenthood v Casey*, 505 US 833, 881-885, 902).

We have considered plaintiff's other arguments and in the circumstances find them to be without merit. Concur—Rosenberger, J. P., Nardelli, Andrias and Colabella, JJ.